UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NICHOLAS OWOYEMI,                                     :

                *Pro Se* Plaintiff,          :        ECF

        -against-                                  :        Index No. 10 CV 6001(ERK) (JO)

J.P.MORGAN CHASE & CO. and CHASE         :        **DEFENDANTS' NOTICE OF**
INVESTMENT SERVICES CORP.,                          **MOTION TO DISMISS AND TO**
                                                    :        **COMPEL ARBITRATION**

                Defendants.                    :

-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Complaint, filed November 22, 2010 in the New York State Supreme Court, the removal papers filed by Defendants JPMorgan Chase Bank, N.A. and Chase Investment Services Corp., filed December 28, 2010, the declaration of Trese Cintron, executed January 4, 2011, the affidavit of Talee Zur (Potter), sworn to January 4 2011, the accompanying memorandum of law, and all the prior pleadings and proceedings heretofore had herein, Defendants JPMorgan Chase Bank, N.A. (erroneously named as JPMorgan Chase & Co. and Chase Investment Services Corp.) and Chase Investment Services Corp., by their attorney, JPMorgan Chase Legal & Compliance Department, Talee Zur (Potter), Assistant General Counsel, will move this Court before the Honorable Edward R. Korman, United States District Judge, at the United States Courthouse, Room 918, 225 Cadman Plaza, East Brooklyn, New York, 11722, for an order and judgment, dismissing the above-captioned action and compelling arbitration on pursuant to 9 U.S.C.§ 3 FAA, and for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, pursuant to the Order of the District Court dated ____, 2011, Plaintiff's answering affidavits and opposing memorandum must be served upon the undersigned Defendants' counsel on or before _____, 2011.

Dated: January 4, 2011

                                **JPMORGAN CHASE LEGAL AND COMPLIANCE DEPARTMENT**

                                By: _____
                                  Talee Zur (Potter)
                                Attorneys for Defendants
                                JPMorganChase Bank, N.A. and Chase Investment Services Corp.
                                One Chase Manhattan Plaza, Floor 26
                                New York, New York 10081
                                (212) 552-2569
                                talee.zur.potter@jpmchase.com

To:    Nicholas Owoyemi, *Pro Se*
        1095 East 73 Street
        Floor 1
        Brooklyn, NY 11234