**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
NICHOLAS A. OWOYEMI,

                Plaintiff,

      - against -

JP MORGAN CHASE & CO., et al,

              Defendants.
--------------------------------------------------------X

**ORDER**

10-CV-6001 (ERK) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

       I will hold an initial discovery planning conference pursuant on February 8, 2011, at 9:30 a.m.

in Courtroom 11D South on the 11th floor of the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York. Because the plaintiff is proceeding without counsel, I will not require the parties

to engage in a formal meeting in advance of the conference. However, I encourage the parties to meet,

in person or by telephone, before the date of the conference to discuss the types of information each side

will need to prepare for trial (such as documents, photographs, interviews of potential fact witnesses,

medical or other examinations, and expert reports) as well as the information each already has and expects

to present.

       I also encourage the parties to discuss possible settlement terms before the start of the conference,

and to be prepared to discuss that subject as well at the conference.

       Any party seeking a change in the schedule must first contact all other parties to ask if they

consent to the change. Any request for a schedule change must be sent in writing to me at the United

States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, and must be received at least

forty-eight (48) hours before the scheduled conference.

       **SO ORDERED.**

Dated:  Brooklyn, New York
       January 5, 2011

                      /s/ James Orenstein
                      JAMES ORENSTEIN
                      U.S. Magistrate Judge